UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY Y. LORTHE | : | PRISONER (CLOSED) |
| V. | : | CASE NO. 3:01CV1479 (AWT) |
| (DFM) | | |
| WARDEN | : | JUNE 8, 2006 |

## MOTION TO REOPEN JUDGMENT / ALTERNATIVE MOTION TO RENEW STAY

The *Pro Se* Prisoner / Petitioner in this Writ of Habeas Corpus case hereby moves the court to reopen its judgment dated March 22, 2006 dismissing this action for failure to exhaust. In support thereof, the Petitioner refers to the following and that set forth in the attached declaration:

### Brief History of the Case

On August 7, 2001 the *Pro Se* Petitioner commenced this action stating that his criminal conviction is illegal. Approximately one month later the Petitioner filed a motion to stay the petition in order for him to exhaust his state court remedies. On September 13, 2001 the court stayed the action and instructed the petitioner to file a status report informing the court of any progress on his state court remedies. On February 1, 2002 the Petitioner filed his

status report, indicating that he had commenced an action in state court for purposes of exhausting his state court remedies. On June 5, 2002 the court held a status conference in open court at which time the Petitioner was advised he would have to inform the court when the proceedings on his state action concluded. After the court reviewed, *Sua Sponte* the state court docket, the court erroneously found that the Petitioner's state Habeas was denied several years ago and that no appeal was filed. See Order of Dismissal dated March 22, 2006. Based on such the court vacated its previous stay and dismissed failure to exhaust.

**Basis for Relief**

As set forth on the attached Declaration it appears the court misidentified the Petitioner's state habeas Corpus action as *Lorthe v. Warden, CV-01813116*, when the docket is supposed to be captioned as *Lorthe v. Warden, CV-01-0813116-S*,. Such action was dismissed by the state superior court but is still currently on appeal and captioned before the Connecticut Appellate court as *Lorthe v. Commissioner of Correction, A.C. No. 26354*. On appeal the Petitioner has a state appointed public defender representing him who may be contacted for verification of all of the above. See attached declaration.

The Petitioner notes that he would have filed this motion sooner but his pleadings dated March 27, 2006 and May

8, 2006 (which detailed some of the above) were returned for failure to adequately certify that all parties have been served. In addition, his place of confinement went on back-to-back lockdowns extending for weeks for which he was unable to acquire photocopies of the same and postage for mailing such.

## ATTACHED DECLARATION

I, Henry Lorthe, give this Declaration under oath and under penalty of perjury. At the current moment I am before the State of Connecticut Appellate Court in the matte of *Lorthe v.Commissioner of Correction, Docket No. 26354*. Such matter is an appeal to my state Habeas Corpus petition which I filed in 2001 to attack my criminal conviction, which was dismissed by the Superior Court on April 21, 2004. My state Habeas petition in the Superior court was captioned as *Lorthe v. Warden, Docket No. CV-01-0813116-S*. In the appeal I am being represented by an appointed attorney named Damon Kirschbaum who may be contacted at 21 Oak Street, Suite 308, Hartford Ct 06106, telephone number (860) 522-7000.

Initially I attempted to request this court to renew its stay on March 27, 2006 by filing a *Pro Se* motion captioned **'Motion to Renew Motion for Stay'**. However, such motion was sent back to me on three occasions because I failed to properly attach a Certificate of Service. Such failure was due to my unfamiliarity with the proceedings;

for I have to rely on the assistance of other prisoners in my pleadings.

Executed on this 8th day of June, 2006 at Suffield, CT

_____

Henry Y. Lorthe

For the foregoing reasons the Petitioner urges the Court to reopen its judgment and renew its stay.

Respectfully Submitted,

Henry Y. Lorthe

By: _____

Henry Y. Lorthe, #281693

MacDougall C.I.

1153 Eeast Street South

Suffield, CT 06080

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Reopen Judgment / Alternative Motion to Renew Stay was sent to the following on this 8th day of June, 2006:

Carolyn G. Longstreth
Supervising Assistant State's Attorney
300 Corporate Place
300 Corporate Place
Rocky Hill, CT 06067

Michael E. Ohare
300 Corporate Place
Rocky Hill, CT 06067

_____
Henry Y. Lorthe