UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HENRY Y. LORTHE                    :
                                   :              PRISONER
    v.                             :   Case No. 3:01CV1479 (AWT)
                                   :
WARDEN                             :

RULING AND ORDER

The petitioner commenced this action by petition for writ of habeas corpus filed August 7, 2001. Approximately one month later, the court stayed this action to enable him to exhaust his state court remedies. The court informed the petitioner that he must inform this court within thirty days after the conclusion of the proceedings in state court and advised him that this case could be dismissed if he failed to comply with that requirement.

Upon review of the state superior court docket, the court discovered that no case had been filed with the docket number identified by the petitioner as the state petition in which he was exhausting the claims in this case. Two other state habeas actions filed by the petitioner appeared to be concluded. In light of this information, the court dismissed this action because the petitioner had not complied with the court's instructions regarding the stay.

The petitioner now has filed a motion to reopen. He states that his state habeas action remains pending before the Connecticut Appellate Court. The court has confirmed that the

state habeas is pending and has been scheduled to be argued this fall.

Although the petitioner's state habeas action remains pending, the court declines to reopen this case and reimpose the stay. Instead, the petitioner is directed to refile his motion to reopen when the state court proceedings have been concluded by the issuance of a decision by the Connecticut Supreme Court or the denial of a petition for certification to appeal to the Connecticut Supreme Court. At that time, the court will reopen the case and direct the respondent to address the merits of his claims.

The petitioner's motion to reopen (Doc. No. 13) is hereby DENIED without prejudice to refiling after the state court proceedings have concluded.

It is so ordered.

Dated this 17th day of July 2006 at Hartford, Connecticut.

>                    /s/
>              Alvin W. Thompson
>         United States District Judge