UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

HENRY Y. LORTHE

v.

WARDEN

2008 JAN -7 A 11: 16

PRISONER DISTRICT C
Case No. 3:01CV1479 (AWT)

DECEMBER 21, 2007

## MOTION TO REOPEN JUDGMENT

The pro se prisoner/petitioner in this habeas corpus case, which was previously before the court, hereby moves the court to reopen its judgment dated March 22, 2006 based upon its subsequent ruling and order dated July 17, 2006. In support thereof, the petitioner refers to the attached District Court Ruling and Order dated July 17, 2006, a Petition for Certification to Appeal to the Connecticut Supreme Court in the state court habeas matter of Lorthe v. Commissioner of Correction, an Order on Petition for Certification to Appeal in Lorthe v. Commissioner of Correction and the following:

**Brief History of Case**

The petitioner commenced this action for a writ of habeas corpus on August 7, 2001. On September 13, 2001 the court stayed the action in order to enable the petitioner to exhaust his state court remedies.

On March 13, 2006 the court issued an Order of dismissal, finding that the petitioner had not advised the court of the exhaustion of his state court remedies as required. On June 8, 2006 the petitioner submitted a Motion to Reopen Judgment (Doc. No. 13) advising the court that his state court action was still pending.

On July 17, 2006 the court denied the Motion to Reopen without prejudice to refiling after the state court proceedings have concluded. See Attached Ruling and

Order. On December 18, 2007 a notice was issued to the petitioner by counsel in the state habeas proceedings stating that on November 26, 2007 the petitioner's proceedings in the state Supreme Court had been denied and concluded.

On the basis of the foregoing the petitioner urges the court to reopen the judgment in this case and proceed on the petitioner's claims and proposed claims.

Respectfully submitted
Henry Y. Lorthe

BY: _____
Henry Lorthe 281693
MacDougall CI
1153 East Street South
Suffield, CT 06080

### DECLARATION

I hereby declare under oath and under penalty of perjury that all of the above is true and correct.
Executed on this 21rst day of December, 2007 at Suffield, Connecticut.

_____
Henry Lorthe

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the following on this 21rst day of December, 2007:

Carolyn G. Longstreth            Michael E. O'Hare
Assisting State's Attorney       300 Corporate Place
300 Corporate Place              Rocky Hill, CT 06067
Rocky Hill, CT 06067

_____
Henry Lorthe

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY Y. LORTHE | : PRISONER |
| v. | : Case No. 3:01CV1479 (AWT) |
| WARDEN | : |

RULING AND ORDER

The petitioner commenced this action by petition for writ of habeas corpus filed August 7, 2001. Approximately one month later, the court stayed this action to enable him to exhaust his state court remedies. The court informed the petitioner that he must inform this court within thirty days after the conclusion of the proceedings in state court and advised him that this case could be dismissed if he failed to comply with that requirement.

Upon review of the state superior court docket, the court discovered that no case had been filed with the docket number identified by the petitioner as the state petition in which he was exhausting the claims in this case. Two other state habeas actions filed by the petitioner appeared to be concluded. In light of this information, the court dismissed this action because the petitioner had not complied with the court's instructions regarding the stay.

The petitioner now has filed a motion to reopen. He states that his state habeas action remains pending before the Connecticut Appellate Court. The court has confirmed that the

state habeas is pending and has been scheduled to be argued this fall.

Although the petitioner's state habeas action remains pending, the court declines to reopen this case and reimpose the stay. Instead, the petitioner is directed to refile his motion to reopen when the state court proceedings have been concluded by the issuance of a decision by the Connecticut Supreme Court or the denial of a petition for certification to appeal to the Connecticut Supreme Court. At that time, the court will reopen the case and direct the respondent to address the merits of his claims.

The petitioner's motion to reopen (Doc. No. 13) is hereby DENIED without prejudice to refiling after the state court proceedings have concluded.

It is so ordered.

Dated this 17th day of July 2006 at Hartford, Connecticut.

                                        /s/
                                Alvin W. Thompson
                                United States District Judge

2

# SUPREME COURT

# STATE OF CONNECTICUT

NO. PSC-07-0176

Yves Henry Lorthe

    v.

Commissioner of Correction

### ORDER ON PETITION FOR CERTIFICATION TO APPEAL

On consideration of the petition by the petitioner Yves Henry Lorthe for certification to appeal from the Appellate Court (103 Conn. App. 662 [AC 26354]), it is hereby ordered that said petition be, and the same is hereby denied.

BY THE COURT,

*Alan M. Gannuscio*
ALAN M. GANNUSCIO
ASSISTANT CLERK-APPELLATE

Dated: 11/26/2007
Notice sent: November 27, 2007
Clerk, Superior Court, Tolland, CV01 813116
Clerk, Appellate Court
Reporter of Judicial Decisions
SAO
Damon A.R. Kirschbaum, Special Public Defender
Office of the Chief State's Attorney-Appellate Bureau

Damon A.R. Kirschbaum, Special Public Defender, in support of petition; James A. Killen, Senior Assistant State's Attorney, in opposition.

mkm