United States District Court
District of Connecticut
FILED AT BRIDGEPORT
1/7/08
Roberta D. Tabora, Clerk
By: [signature], Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Henry Y. Loathe
_____
Name of Plaintiff/Petitioner

v.                                          Case No. 3:01CV1479 (AWT)

Warden
_____
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Yves Henry Loathe

   Your present mailing address: MacDougall Correctional Institution, 1153 East Street South, Suffield, CT 06080

   Telephone number: ( ) N/A

2. Are you presently employed? YES ✓  NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. MacDougall C.I. Carpentry Vocational Education

   Weekly earnings: $7.50

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

_____

Date last worked: _____

Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _approx. $15.00 every two weeks_

   b) interest, dividends, rents or investments of any kind? _____

   c) gifts or inheritances of any kind? _approx. $50.00 per month from family_

6. How much money do you have in any checking or savings account(s)?

   Checking: _____

   Savings: _____

   Prison account: _Approx 50.00_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value: _____

_____

_____

8. How much money do you owe others? _____

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                              AMOUNT OWED

Rev. 2/3/05                           2

_____                _____
_____                _____
_____                _____
_____                _____
_____

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

_____ None _____

_____
_____
_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ____ N/A

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

_Currently incarcerated and do not own any valuable assessed property._
_____
_____
_____

Rev. 2/3/05                             3

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _Involuntary guilty plea by reason of ineffective assistance of counsel_

(Additional space on next page)

## EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Inmates' Legal Assistance Program, Staff_

   Date you contacted this attorney _Aug. 2007_

   Method of contact (in person, by telephone, etc.) _telephone_

   Reason why attorney was not employed to handle your case _No one from such office can assist in any case involving criminal matters_

   b) Attorney's name _Damon A. Kirschbaum_

   Date you contacted this attorney _Dec, 2007_

   Method of contact (in person, by telephone, etc.) _in person_

Rev. 2/3/05                                    4

Reason why attorney was not employed to handle your case __CaNNot assist except by appointment by the court.__

c) Attorney's name _____

Date you contacted this attorney _____

Method of contact (in person, by telephone, etc.) _____

Reason why attorney was not employed to handle your case _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.
   __do not know of any others.__

16. Please provide any other information which supports your application for the court to appoint counsel. __The state does not have any legal assistance program in place to assist with cases involving criminal matters.__

17. Do you need a lawyer who speaks a language other than English?
    YES ___  NO ✓

Rev. 2/3/05                                5

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

12-21-07
Date

_____
Original Signature of Movant

MacDougall C-I
1153 East Street South
Suffield, CT 06080
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                            6

(List all defendants or counsel for defendants with address and date mailed.)

| | |
|---|---|
| Carolyn G. Longstreth | Michael E. O'Hare |
| Assisting States Attorney | 300 Corporate Place |
| 300 Corporate Place | Rocky Hill, CT 06067 |
| Rocky Hill, CT 06067 | |

_____
Original Signature of Movant