UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
HENRY Y. LORTHE            :
                           :          PRISONER
     v.                    :   Case No. 3:01CV1479 (AWT)
                           :
WARDEN                     :
```

RULING AND ORDER

The petitioner commenced this action by petition for writ of habeas corpus filed August 7, 2001. Although the case was dismissed for failure to exhaust state court remedies, the petitioner was instructed that he could reopen this case upon the conclusion of the exhaustion process in state court. See Doc. #14.

The petitioner states that the Connecticut Supreme Court denied certification to appeal and moves to reopen this case. The petitioner's motion [**doc. #15**] is hereby **GRANTED.**

The petitioner also seeks appointment of pro bono counsel. Because an evidentiary hearing may be required in this case, petitioner's motion [**doc. #16**] is hereby **GRANTED.** The Clerk is directed to appoint counsel for Mr. Lorthe from the CJA panel.

Counsel shall file an amended petition within **thirty (30)** days from the date of appointment.

It is so ordered.

Dated this 23rd day of January 2008, at Hartford, Connecticut.

                                                /s/AWT
                                       Alvin W. Thompson
                                 United States District Judge