UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HENRY Y. LORTHE,** *Petitioner* | : CASE NO. 3:01CV1479(AWT) : |
| **V.** | : : |
| **WARDEN,** *Respondent* | : FEBRUARY 20, 2008 : |

**APPEARANCE**

Please enter the appearance of:

        TAMARA A. GROSSO
        Special Deputy Assistant State's Attorney
        Civil Litigation Bureau
        Office of the Chief State's Attorney
        300 Corporate Place
        Rocky Hill, Connecticut 06067
        Tel. (860) 258-5887
        Fax. (860) 258-5968
        Federal Bar No. ct 27294

for the respondent.

        _____
        TAMARA A. GROSSO
        Special Deputy Assistant State's Attorney

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing document was mailed, postage prepaid, first class mail, to: Todd Allen Bussert, Esquire, 103 Whitney Avenue, Suite 4, New Haven, CT 06510-1229 on February 20, 2008.

_____
TAMARA A. GROSSO
Special Deputy Assistant State's Attorney