UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HENRY Y. LORTHE,** *Petitioner*, | : CASE NO. 3:01CV1479(AWT) |
| | : |
| **V.** | : |
| | : |
| **WARDEN,** *Respondent.* | : FEBRUARY 20, 2008 |
| | : |

### RESPONDENT'S MOTION TO ALLOW ELECTRONIC FILING

Now comes the Respondent and moves this honorable court for permission to allow electronic filing in this habeas action. In support of this motion, the Respondent submits the following:

1) This habeas action brought pursuant to 28 U.S.C. § 2254 was initiated by the *pro se* petitioner on August 7, 2001;

2) On September 13, 2001, pursuant to a motion filed by the petitioner, the court, *Thompson, J.*, stayed proceedings in this action to enable the petitioner to exhaust state remedies;

3) On March 22, 2006, the court, *Thompson, J.*, vacated the order staying the proceedings and dismissed this action due to the petitioner's failure to comply with the stay order or to exhaust state remedies;

4) On January 7, 2008, the petitioner filed a motion to reopen on the basis that the Connecticut Supreme Court denied his petition for certification to appeal and also filed a motion to appoint counsel.

5) On January 23, 2008, the court, *Thompson, J.*, granted the petitioner's motion to reopen and issued an order directing the clerk to appoint counsel.

6) On January 30, 2008, the CJA panel appointed Attorney Todd Allen Bussert to represent the petitioner and issued an order directing Attorney Bussert to file an amended petition within 30 days of appointment.

7) On February 20, 2008, the undersigned was assigned this case on behalf of the Respondent and mailed her appearance that same day to the District Court Clerk's Office in Hartford.

8) Upon inquiry with the clerk's office, the undersigned was informed that the case had not been assigned for electronic filing and that a motion would be necessary in order for the case to be so assigned.

9) All parties to this action are now represented by counsel.

WHEREFORE, the respondent hereby moves this court for an order permitting electronic filing as to all future documents to be filed in this case.

Respectfully submitted,

**RESPONDENT**

_____
TAMARA GROSSO
Special Deputy Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
Tel. (860) 258-5887
Fax. (860) 258-5968
Federal Bar No. ct27294

## **CERTIFICATION**

I hereby certify that a copy of the foregoing document was mailed, postage prepaid, first class mail, to: Todd Allen Bussert, Esquire, 103 Whitney Avenue, Suite 4, New Haven, CT 06510-1229 on February 20, 2008.

_____
TAMARA A. GROSSO
Special Deputy Assistant State's Attorney