UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HENRY Y. LORTHE,** : | : | E-FILE |
| *Petitioner* | : | |
| | : | CASE NO. 3:01CV1479(AWT) |
| V. | : | |
| | : | |
| **WARDEN,** | : | |
| *Respondent* | : | April 15, 2008 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned attorney, having appeared as lead counsel on behalf of the Respondent on February 21, 2008, hereby moves the Court for an order allowing the withdrawal of **Attorney Carolyn K. Longstreth** as counsel for the Respondent. In support of this motion, the undersigned states the following:

1. On August 7, 2001, the Petitioner filed a *pro se* application for writ of habeas corpus.

2. On September 4, 2001, the Petitioner filed a motion to withdraw the federal habeas application, or to stay the proceedings to allow him to exhaust state remedies.

3. On September 13, 2001, this court, *Thompson, J.*, granted the Petitioner's motion to stay the proceedings.

4. On May 30, 2002, Attorney Michael O'Hare entered an appearance on behalf of the Respondent.

5. On June 5, 2002, a status conference was held.

6. On January 24, 2003, Attorney Carolyn K. Longstreth entered an appearance as counsel on behalf of the Respondent.

7.  On March 22, 2006, this court, *Thompson, J.*, dismissed the instant action as a result of the petitioner's failure to exhaust state remedies or comply with the court's order.

8.  On January 23, 2008, this court, *Thompson, J.*, granted the Petitioner's motion to reopen the judgment (#15) and directed the Clerk to appoint counsel to represent him.

9.  On January 30, 2008, Attorney Todd Bussert was appointed to represent the Petitioner.

10. On February 21, 2008, the undersigned filed her appearance as counsel on behalf of the Respondent, in addition to Attorney Michael O'Hare and Attorney Carolyn Longstreth.

11. On April 7, 2008, Marion Bock, Judicial Assistant to the Honorable Alvin W. Thompson, attempted to contact all attorneys with appearances in this case to schedule a telephone conference call with Judge Thompson.

12. Ms. Bock was unable to contact Attorney Longstreth. Attorney O'Hare informed Ms. Bock that Attorney Longstreth was no longer employed by the State of Connecticut Division of Criminal Justice.

13. Attorney Longstreth retired from the Division of Criminal Justice in May, 2003.

14. The undersigned and Attorney Michael O'Hare remain lead counsel on behalf of the Respondent in this case. Thus, no party will be prejudiced by allowing Attorney Longstreth's appearance to be withdrawn.

WHEREFORE, the undersigned respectfully requests that this Court issue an order granting the motion to withdraw Attorney Carolyn K. Longstreth's appearance from this case.

Respectfully submitted,
WARDEN, Respondent

_____/ S /_____
TAMARA A. GROSSO
Special Deputy Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
Tel. (860) 258-5887
Fax. (860) 258-5968
Federal Bar No. ct 27294

## **CERTIFICATION**

I hereby certify that a copy of the foregoing document was mailed, postage prepaid, first class mail, to: Todd Allen Bussert, Esquire, 103 Whitney Avenue, Suite 4, New Haven, CT 06510-1229 on April 15, 2008.

_____/ S /_____
TAMARA A. GROSSO
Special Deputy Assistant State's Attorney