IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY Y. LORTHE, Inmate No. 281-693<br>McDougall Correctional Institution<br>Suffield, Connecticut<br><br>　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　Respondent. | :<br>:<br>:<br>:<br>:    **CIVIL ACTION NO.**<br>:<br>:    **3:01-CV-001479-AWT**<br>:<br>:    May 15, 2008<br>:<br>: |

**MOTION FOR EXTENSION OF TIME**
**WITHIN WHICH TO FILE AMENDED PETITION**

COMES NOW Henry Lorthe, by and through undersigned counsel, and hereby moves for an extension, from May 15 to and including June 16, 2008, to file an amended Application for a Writ of Habeas Corpus. In support of this request, Mr. Lorthe states as follows:

1. Following a telephonic status conference, on April 15, 2008, Mr. Lorthe's amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody is due today.

2. In the past 30 days, the undersigned has been responsible for several trial- and appellate-level matters. This includes, but is not limited to, a VICAR Murder case, where government notice is pending. United States v. Efrain Johnson, Docket No. 3:06-cr-00160-PCD.

3. The time requested is necessary to allow the undersigned to thoroughly research and draft an amended petition on Mr. Lorthe's behalf.

4. SDASA Tamara Grosso, for the Respondent, does not object to this request.

WHEREFORE, Henry Lorthe prays the Court grant the relief requested.

>Respectfully submitted,
>THE PETITIONER
>
>      /s/ Todd Bussert
>By:  TODD A. BUSSERT, CT24328
>103 Whitney Avenue, Suite 4
>New Haven, CT 06510-1229
>(203) 495-9790; Fax: (203) 495-9795
>tbussert@bussertlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

>      /s/ Todd Bussert
>Todd A. Bussert

2