HONORABLE **Thompson** Civil (April 12, 2004)
DEPUTY CLERK _____ RPTR/ERO/TAPE **Thompson**

TOTAL TIME: ___ hours **10** minutes

DATE **4/15/08**    START TIME **4:25pm**  END TIME **4:35pm**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **01CV1479**

**Lorthe**
vs.
**Warden**

§
§
§
§
§

**Todd Bussert**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Tamara Grosso**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ ~~Motion Hearing~~  **Telephone Status Conf.**
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

(motion list with granted/denied/advisement checkboxes — all blank)

☒ **Plaintiff's Amended Petition is now due 5/15/08;**
**Defendant's opposition is due 6/16/08;**
**reply due 6/30/08**

_____ Hearing continued until _____ at _____