IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY Y. LORTHE, Inmate No. 281-693<br>McDougall Correctional Institution<br>Suffield, Connecticut | :<br>:<br>: |
| Petitioner, | : |
| v. | : |
| WARDEN, | : |
| Respondent. | : |

**CIVIL ACTION NO.**

**3:01-CV-001479-AWT**

June 16, 2008

## SECOND MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE AMENDED PETITION

COMES NOW Henry Lorthe, by and through undersigned counsel, and hereby moves for an extension, from June 16, 2008 to and including June 23, 2008, to file an amended Application for a Writ of Habeas Corpus. In support of this request, Mr. Lorthe states as follows:

1. Following a telephonic status conference, on April 15, 2008, Mr. Lorthe's amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody was due May 15, which, on Petitioner's motion, the Court extended to today.

2. The undersigned has reviewed the record, started to draft an amended petition and met with Mr. Lorthe.

3. The time requested is necessary to allow the undersigned to thoroughly research outstanding issues and complete the amended petition.

4. The undersigned was unable to contact SDASA Tamara Grosso, for the Respondent, during normal business hours regarding this request. Respectfully, however, the Respondent shall not be prejudiced by the additional time sought.

WHEREFORE, Henry Lorthe prays the Court grant the relief requested.

          Respectfully submitted,
          THE PETITIONER


            /s/ Todd Bussert
By:   TODD A. BUSSERT, CT24328
      103 Whitney Avenue, Suite 4
      New Haven, CT 06510-1229
      (203) 495-9790; Fax: (203) 495-9795
      tbussert@bussertlaw.com


### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


            /s/ Todd Bussert
      Todd A. Bussert