IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY LORTHE, Inmate No. 281-693<br>McDougall Correctional Institution<br>Suffield, Connecticut      : <br>      : <br>Petitioner,      : <br>v.      : <br>WARDEN,      : <br>Respondent.      : | **CIVIL ACTION NO.**<br><br>**3:01-CV-001479-AWT**<br><br>June 23, 2008 |

**THIRD MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE AMENDED PETITION**

COMES NOW Henry Lorthe, by and through undersigned counsel, and hereby moves for an extension, from June 23, 2008 to and including June 25, 2008, to file an amended Application for a Writ of Habeas Corpus. In support of this request, Mr. Lorthe states as follows:

1. Following a telephonic status conference, on April 15, 2008, Mr. Lorthe's amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody was due May 15, which, on Petitioner's motions, the Court extended to today.

2. The undersigned has drafted a substantial portion of the amended petition and met with Mr. Lorthe for purposes of, inter alia, drafting a supporting declaration.

3. The time requested is necessary to allow the undersigned to finish researching and drafting the amended petition, as well as to produce it for submission for filing. It is hoped that this will be done by tomorrow; however, a second day is requested so as to avoid the need to bring the issue twice before the Court.

4. The undersigned failed to contact SDASA Tamara Grosso, for the Respondent, during normal business hours regarding this request. Respectfully, however, the Respondent shall not be prejudiced by the additional time sought.

WHEREFORE, Henry Lorthe prays the Court grant the relief requested.

                                      Respectfully submitted,
                                      THE PETITIONER

                                      /s/ Todd Bussert
By:   TODD A. BUSSERT, CT24328
       103 Whitney Avenue, Suite 4
       New Haven, CT 06510-1229
       (203) 495-9790; Fax: (203) 495-9795
       tbussert@bussertlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Todd Bussert
                                    Todd A. Bussert