**NOTICE OF RIGHTS**
JD-CR-5 Rev. 6-99
P.B. Sec. 37-3, 38-1, 38-2
C.G.S. §§ 54-1b, 54-2a, 54-63c, 54-64b

**STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT**

**INSTRUCTIONS**

TO CLERK OF COURT
1. Prepare in duplicate.
2. Give original to Defendant.
3. Retain copy for file.

TO OTHER AGENCIES
1. Prepare in triplicate.
2. Give original to Defendant.
3. Send a copy to Clerk of Court.
4. Retain a copy for your files.

B

NAME OF DEFENDANT: Henry Yves Lortie

JUDICIAL DISTRICT OR G.A.: Fairfield

LOCATION OF COURT (No./street, town): 115 West St. Stamford CT

TELEPHONE NO. OF COURT: 203-965-5208

OFFENSES CHARGED (Also specify statute number): Murder 1st

---

**NOTICE OF RIGHTS**

1. You are not obligated to say anything, in regard to this offense you are charged with but may remain silent.

2. Anything you may say or any statements you make may be used against you.

3. You are entitled to the services of an attorney.

4. If you are unable to pay for the services of an attorney you will be referred to a Public Defender Office where you may request the appointment of an attorney to represent you.

5. You may consult with an attorney before being questioned, you may have an attorney present during questioning and you can not be questioned without your consent.

6. (Not applicable if you were arrested on a Superior Court Warrant which specified that bail should be denied or which ordered that you be brought before a clerk or assistant clerk of the Superior Court.)
You have a right to be promptly interviewed concerning the terms and conditions of your release pending further proceedings, and upon request, counsel may be present during this interview.

---

**ADVERTENCIA DE DERECHOS**

Usted no está obligado a decir nada en cuanto a esta ofensa por la cual se le acusa, pero puede permanecer en silencio.

Cualquier cosa que usted diga o alguna declaración que usted haga puede ser usada contra usted.

Usted tiene derecho a los servicios de un Abogado.

Si usted no puede pagar por los servicios de un Abogado, usted será referido a la Oficina del Defensor Publico donde puede usted solicitar el asignamiento de un Abogado para representarlo.

Usted puede consultar con un Abogado antes de ser interrogado. Puede tener un Abogado presente durante el interrogatorio y no puede ser interrogado sin su consentimiento.

6. (Esto no aplica si a usted lo arrestaron con una orden de arresto de la Corte Superior que especificaba que se le negara fianza u ordenaba que a usted se le presentara ante el secretario o el ayudante a secretario de le Corte Superior.)
Usted tiene el derecho de ser entrevistado prontamente acerca de los términos y condiciones de su libertad, pendiente a procedimientos adicionales y sobre solicitud el Abogado Consultar puede estar presente durante esta entrevista.

---

the undersigned, have advised the Defendant of the Defendant's rights as stated above:

SIGNED (Authorized person): [signature]
TITLE: Police Officer
DATE AND TIME ADVISED: 3-3-... on ___ __.M.

I have been advised of my rights as stated above and have received a copy of this notice.
He sido instruido acerca de los derechos que aparecen en esta notificacion, de la cual he recibido copia.

SIGNED (Defendant): [signature]

FOR COURT USE ONLY
FILE DATE
DOCKET NO.

The Judicial Branch complies with the Americans With Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, please contact the clerk of court at address noted above.
La Rama Judicial actúa de acuerdo con la ley de Americanos con Incapacidades (ADA). Si usted necesita arreglos especiales en conformidad con esta ley de ADA, haga el favor de ponerse en contacto con las secretaria del Tribunal de Connecticut en la dirección arriba mencionada.

- 7 -

STAMFORD POLICE DEPARTMENT
Stamford, Connecticut

# VOLUNTARY STATEMENT

DATE 03/29/00       PLACE 805 Bedford street, Stamford, Ct.    TIME STARTED 10:27

I, Yves Henry Lorthe                  am 22    years old. My date of birth is ▓▓▓
I live at ▓▓▓▓▓ street, Stamford, Ct.                   Telephone No. Unknown
I am employed at       Unemployed                        Telephone No. N/A
I give the following voluntary statement to  Officer Carl Strate/Thomas McGuinty
who has identified himself as a Stamford Police Officer, and who
HAS DULY WARNED AND ADVISED ME, AND I KNOW:

1. That I have the right to remain silent and not make any statement at all.
2. That anything I say can and will be used against me in court.
3. That I can hire a lawyer of my choice to be present and advise me before and during this statement.
4. That if I am unable to hire a lawyer, I can request and receive appointment of a lawyer by a proper authority, without cost or charge to me, to be present and advise me before and during this statement.
5. That I can refuse to answer any questions or stop giving this statement anytime I want to.

WAIVER

I give this statement freely and voluntarily without fear of threat or inducement by a promise, and I wish to do so without the presence of an attorney.

I have read or have had read to me, the above listed rights that I am entitled to under the Constitution of the United States, and I do waive them at this time.

_____Off. Carl Strate #9588_____        _____[signature]_____
        Witnessed                        Signature of person giving voluntary statement
                                         Time 10:28 pm    Date 03/29/00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I have read or have had read to me, each page of the statement hereto annexed of  3  pages, each page of which bears my signature and corrections, if any bear my initials, and I certify that the facts contained therein are true and correct. I fully understand that if I made a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of the official function, I will be in violation of Section 53a-157, Connecticut General Statutes, which is a class A misdemeanor.

This statement was completed at 11:50 p.M. on the 29th day of March 2000.

_____Off. Carl Strate #9588_____        _____Yves Henry Lorthe_____
        Witnessed                        Signature of person giving voluntary statement

SUBSCRIBED AND SWORN TO BEFORE ME THIS 29th DAY OF March 2000.

                                         _____[signature]_____

- 8 -

STAMFORD POLICE DEPARTMENT
STAMFORD, CONNECTICUT

STATEMENT OF: Yves Henry Lorthe    DATE: 03/29/00    PAGE: 2 OF: _____

My name is Yves Henry Lorthe, I live at ████████ street in Stamford, Ct. I live there with parents, and my brother and sister. We have lived there for about 6 years. We're origina from Haiti. I'm not a USA citizen, and don't have a job.

Tonight, at about 9:30-9:40pm. I was at my house at 20 Frank street. I was in my room ar heard my mother arguing with someone out in the hallway. I heard my mother say, "why you hit me"? I get up and look out the window and see a bunch of people on the front porch, including my mom and Dad. I go back to the kitchen and get a long kitchen knife. It hac a black handle. As I come back out to the porch, I had the knife in my back pocket, and then I see this Haitan guy, his name is Jean Rene Bernadel, he pushes my dad. My Dad is 66 years old. My Mom and this guy Jean were arguing also. My Mom was telling Jean to st( hanging around with my brother. Everytime Jean would hang around with my brother, my br( would get into trouble.

While all this was going on, Jean had two of his friends there, one of them live upstai: I don't know either of their names. They were just staying there, they weren't involved I told Jean, "why you arguing with my parents, they're old people, why don't you walk away". Then we got into an argument. Jean said, " I'm gonna kill you"!After he said tha Jean left with his two friends, he was driving a blue Honda Civic. I don't know where ( were going.

I thought he was gonna come back to my house and kill me, so I left and went for a ride to cool down. I took the knife with me, when someone says they're gonna kill you, you n some protection. My parents stayed at 20 Frank street. After driving around for about 5 minutes, I was driving up East Main street towards the Chinese restuarant, when I see m mother with a bunch of people on Lawn ave. , they were all on the sidewalk, right in fr of those apts., not by the street.

I turned into Lawn ave. and I saw that Jean's car was there, the same blue Honda Civic. see him arguing with my mother again. I get out of my car, I was driving a red Acura wi 4 doors. There was a bunch of Jean's friends out there, I didn't really look around. I don't know any of their names. My mom and him were still arguing, they were both really upset. I think my mom walked there, she doesn't live far from Lawn ave. When I got out the car, Jean saw the knife in my hand, the same one I had took from the kitchen at my Jean picked up a rock from the street, it was the size of a softball. When I had got ou my car, I left in the middle of the street and then ran towards Jean, when he saw the l he began to run away, he was running all over, I was chasing him. He said he was gonna me and he hit my mother. While I was chasing him, he stopped and picked up the rock.Whe picked up the rock, he stopped running. There was all of his friends around 10 or 12 of them. My mother was telling me to stop it. I was in a bad mood, I didn;t listen.Jean lc at me and said, "what's up"? I just stabbed him in the chest. I stabbed him with my le! hand, swinging the knife over my head. Once I stabbed him, I let go of the knife. As sc as I stabbed Jean he fell backwards hitting the ground. I ran to my car and left. I wer Frederick street and parked my red Acura behind Michael's Pizza, then went to a frien( house on Frederick street, I don't remember the house number. I told my friend, his

_____    _____
WITNESSED        SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

- 9 -

**STAMFORD POLICE DEPARTMENT**
**STAMFORD, CONNECTICUT**

STATEMENT OF: Yves Henry Lorthe    DATE: 03/29/00    PAGE: 2 OF: 3

is Mike, I don't know his last name, that I was arguing with someone and I did something bad. I told Mike I was going to turn myself in at the Police station. I gave Mike the keys to my Acura and told him where I parked the car. Mike's house is on Frederick street, on the same side of Michael's Pizza, a few houses away I think.

I leave Mike's house and walked to The Police station and told The Police I stabbed someone. Listen, Mike has nothing to do with this, I didn't walk to The Police Station, Mike drove me in my car, he just dropped me off and left. I told Mike that I had stabbed "Biggie", that's Jean's nickname. Mike had nothing to do with it, he was at his house sleeping.

Jean hit my mom and said he was gonna kill me, I did what I had to do.
I have read the above statement in the presence of Officer's Strate and McGuinty, and believe it to be true and correct to the best of my knowledge.

CRL # 9588 HL

_____    _____
WITNESSED                    SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT
#9588

- 10 -