E

- 53 -

    This is one of the issues I would like to raise on my habeas.

Trial Counsel's failure to investigate and properly prepare for trial, amounted to ineffective assistance of counsel.

Trial Counsel's failure to properly prepare for trial constituted ineffective assistance of counsel.

Trial Counsel failed to subpeona any witnesses, failed to prepare for trial because the defendant did not pay him all his money.

Trial Counsel's failure to investigate and prepare for trial amounted to ineffective assistance.

My attorney advises to plea guilty to an offense which the attorney has not investigated.

Trial Counsel's failure to inform defendant before entering guilty plea that sentence might be under the sentencing guidelines.

Trial Counsel's failure to communicate plea offer to defendant may constitute ineffective assistance of counsel.

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

Kenneth Fox
Attorney AT Law
687 Quinnipiac AV
New Haven, CT 06513

HARTFORD CT 061
PM 22 SEP 2003



Henry Lorthe # 281693
MacDougall C.I.
1153 East St South
Suffield CT 06080



- 54 -