| | |
|---|---|
| CV 01-813116-S | : Superior Court |
| Yves Henry Lorthe | : JD. of Tolland |
| v. | : Rockville/Habeas |
| Warden, State Prison | : December 12, 2003 |

### Notice of Filing of Motion to Object to Motion for Leave to Withdraw Appearance pursuant to Practice Book §23-41, to Withdraw Appearance pursuant to the "Anders" Doctrine

The undersigned, Petitioner, hereby gives notice that he has filed, under seal, a motion with this Court for objection for leave for his attorney to withdraw his appearance, pursuant to the "Anders" doctrine, having concluded that the Petitioner's attorney's motion did not establish that his claims were frivolous and without merit.

Respectfully,

Mr. Yves Henry Lorthe
No. 281693
Macdougall C.I.
1153 East Street South
Suffield, CT-06080

- 89 -

## Certification

The undersigned hereby signifies that a copy of the foregoing was mailed, on December 12, 2003, to:

Kenneth Paul Fox, Attorney for Petitioner
Special Public Defender
627 Quinnipiac Avenue
New Haven, CT-06513

David Cohen
Office of the State's Attorney
123 Hoyt Street
Stamford, Ct-06905

*(signature)*
Yves Henry Lorthe