UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HENRY Y. LORTHE
                                        PRISONER
    v.                            Case No. 3:01CV1479(AWT)

WARDEN

ORDER TO SHOW CAUSE

Upon the June 25, 2008 amended petition of Henry Y. Lorthe, in this recently reopened case, it is hereby

**ORDERED** that respondent file a response on or before **July 31, 2008.**

Dated at Hartford, Connecticut this 1st day of July 2008.

                                                   /s/AWT
                                         Alvin W. Thompson
                                 United States District Judge