UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HENRY Y. LORTHE,** | : | **E-FILE, HABEAS** |
| *Petitioner* | : | |
| | : | CASE NO. 3:01CV1479(AWT) |
| **V.** | : | |
| | : | |
| **WARDEN,** | : | |
| *Respondent* | : | July 25, 2008 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO
## AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby requests an extension of time to file his response to the petitioner's amended petition for a writ of habeas corpus until **Friday, September 5, 2008**. This is the respondent's first request for an extension of time to respond to the petitioner's amended habeas corpus petition filed on September 14, 2007. Petitioner's counsel, Attorney Todd Bussert, has informed the undersigned that he **does not oppose** the requested extension.

 1. Following a telephonic status conference, on April 15, 2008, Mr. Lorthe's amended federal habeas petition was ordered to be filed by May 15, 2008. The petitioner sought, and obtained, extensions of time to file the amended petition, which was filed in accordance therewith on June 25, 2008 (Doc. #33).

 2. An Order to Show Cause issued directing the respondent to file a response to the petition by July 31, 2008.

 3. The undersigned has begun reviewing the record to respond to the amended petition.

4. The additional time is necessary to allow the undersigned to thoroughly research the issues raised and to complete the response.

**WHEREFORE**, the respondent respectfully requests that this Court grant an extension of time to respond to the amended petition until Friday, September 5, 2008.

Respectfully submitted,
WARDEN, Respondent

_____/ S /_____
TAMARA A. GROSSO
Special Deputy Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
Tel. (860) 258-5887
Fax. (860) 258-5968
Federal Bar No. ct 27294

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/ S /_____
TAMARA A. GROSSO
Special Deputy Assistant State's Attorney