## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY Y. LORTHE, Inmate No. 281-693 : <br> McDougall Correctional Institution <br> Suffield, Connecticut : <br>     Petitioner, : <br> v. : <br> WARDEN, : <br>     Respondent. : | **CIVIL ACTION NO.** <br><br> **3:01-CV-001479-AWT** <br><br> August 27, 2008 |

### MOTION TO SUBMIT INTERIM BILLING

Undersigned counsel, appointed on January 30, 2008 to represent Petitioner Henry Lorthe pursuant to the Criminal Justice Act (Doc. 19), hereby respectfully requests permission to file interim time and expense vouchers. The instant matter has been pending for approximately seven months. Undersigned counsel is a sole practitioner and awaiting conclusion of the case before submitting a voucher poses a financial hardship. It is therefore submitted that good cause exists to grant this request.

Respectfully submitted,

BY:    /s/ Todd Bussert
TODD A. BUSSERT, CT24328
103 Whitney Avenue, Suite 4
New Haven, CT 06510-1229
(203) 495-9790; Fax: (203) 495-9795
tbussert@bussertlaw.com