UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HENRY LORTHE, Inmate #281693** | : | **E-FILE** |
| Petitioner, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:01-CV-001479 (AWT) |
| | : | |
| **WARDEN,** | : | |
| Respondent. | : | September 3, 2008 |

## CONSENT MOTION FOR LEAVE TO SUBMIT
## RULE 5 DOCUMENTS AT A LATER DATE

Pursuant to Rules 5 (c) and (d) of the Rules Governing § 2254 Cases, at the time of filing an answer, the respondent is required to submit to the court all relevant portions of the transcripts as well as all briefs and opinions from any appeals contesting the conviction that is the subject of the federal petition for a writ of habeas corpus.  The respondent now requests permission to postpone the filing of the Rule 5 (c) and (d) documents until a later date.  In support of this motion, the respondent states as follows:

Following a telephonic status conference, on April 15, 2008, the petitioner's amended federal habeas petition was ordered to be filed by May 15, 2008.  The petitioner sought, and obtained, extensions of time to file the amended petition, which was filed in accordance therewith on June 25, 2008 (Doc. #33).   Pursuant to the court's ruling on the respondent's motion for extension of time, the respondent was ordered to file a response to the amended petition on or before September 5, 2008.  The undersigned is filing simultaneously with this motion the respondent's answer to the amended petition.  It is expected that the parties will submit memoranda of law to more fully address the merits of the claims set forth in the amended petition.

The undersigned has reviewed the criminal trial file and the state habeas and appellate files.  The documents required to be submitted pursuant to Rules 5 (c) and (d) are voluminous.  The undersigned only received the underlying criminal trial file from records storage on August 27, 2008.  The undersigned presently is attempting to scan all of the documents into Adobe® Portable Document Format ("pdf") for electronic submission.  Thus, rather than submitting those documents with the answer, the undersigned requests permission to submit them with the respondent's memorandum of law addressing the petitioner's claims (which, unlike the answer, would contain context-relevant references to them).  Counsel for the petitioner, Attorney Todd Bussert, **consents** to this request.

[Continued on following page.]

WHEREFORE, the respondent prays this Court for an Order postponing the submission of the documents required by Rules 5(c) and (d) of the Rules Governing § 2254 Cases until the respondent's memorandum of law addressing the merits of the petitioner's claims is filed.

Respectfully submitted,

**WARDEN, STATE PRISON, Respondent**

By:    / S /   Tamara A. Grosso
_____
TAMARA A. GROSSO
Special Deputy Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
Tel. No. (860) 258-5887
Fax No. (860) 258-5968
Federal Bar No. ct 27294

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/ S /   Tamara A. Grosso
_____
TAMARA A. GROSSO