Henry Lorthe v. Warden
3:01-CV-1479 (AWT)

# Exhibit 2

Respondent's Answer to
Amended Application
for a Writ of Habeas Corpus

State of Connecticut

Lorthe

Superior Court

v.

Warden

Judicial District of Hartford

12-21-01

**Order**

1. The matter is referred to the Office of the Chief Public Defender, Habeas Corpus Unit, for an investigation of indigence pursuant to Practice Book section 23-26. The Office of the Public Defender shall report to the court within sixty days on the status of its investigation and, if the petitioner is eligible for representation, the status of the appointment of an attorney for the petitioner.

2. A copy of the petition and this order is to be sent to the appropriate Office of the State's Attorney so that an appropriate appearance can be filed within thirty days of the date of this order.

BY THE COURT

(Rittenband, J.)