Henry Lorthe v. Warden
3:01-CV-1479 (AWT)

# Exhibit 4

Respondent's Answer to
Amended Application
for a Writ of Habeas Corpus

# APPEARANCE

No. CV 01-813116

Yves Henry Lorthe v. Commissioner of Corrections

Superior Court, Judicial District of Hartford (habeas)
95 Washington Street, Hartford, CT 06106

**Please enter the appearance of:**

Kenneth Paul Fox
627 Quinnipiac Avenue
New Haven, CT 06513
(203) 931-3316
fax: (203) 466-8262
Juris No. 409753

in the above-entitled case for:

The Petitioner/Plaintiff

This appearance is:

In lieu of Temmy Ann Pieszak, Esq. Juris No. 405845, Office of the Chief Public Defender-Habeas Corpus Unit, and ALL OTHER APPEARANCES

Signed: _Kenneth Paul Fox_
Kenneth Paul Fox

Date: June 18, 2002

2002 JUN 19  A 8:39
CLERK'S OFFICE
SUPERIOR COURT
HARTFORD