Henry Lorthe v. Warden
3:01-CV-1479 (AWT)

# Exhibit 7

Respondent's Answer to
Amended Application
for a Writ of Habeas Corpus

CV01-0813116
LORTHE, YVES HENRY

VS.

WARDEN

SUPERIOR COURT
G.A. 19
STATE OF CONN

DEC 6   9 26 AM '04

SUPERIOR COURT

TOLLAND JUDICIAL DISTRICT
AT ROCKVILLE

DECEMBER 1, 2004

## REQUEST TO RECONSIDER

The Petitioner in the above entitled matter moves through appointed appellate counsel to have this court's decision dated April 21, 2004, allowing appointed habeas corpus trial counsel to withdraw and simultaneously dismissing the habeas corpus petition, be reconsidered. In support of this Request, the Petitioner represents as follows:

1. This habeas corpus petition was filed on or about December 3, 2001 by the Petitioner pro se.

2. On or about June 19, 2002, Attorney Kenneth Fox filed his appearance for the Petitioner as a Special Public Defender.

3. On or about November 18, 2003, Attorney Fox moved for permission to withdraw as counsel and in support of this motion he filed an <u>Anders</u> type brief maintaining that there were no non-frivolous issues that could be raised in the instant Petition.

4. On December 17, 2003, the Petitioner filed an objection to Attorney Fox's Motion to Withdraw and on April 14, 2004 Attorney Fox filed a supplement to his motion for leave to withdraw his appearance. It does not appear that there has been any hearing on this objection to the Request to Withdraw or the Request to Withdraw itself.

5. By Memorandum of Decision dated April 21, 2004 the Court, Kaplan, J., granted Attorney Fox's Motion to Withdraw and at the same time, pursuant to §23-42(a) of the Practice Book, the court sua sponte dismissed the instant Petition for a Writ of Habeas

120.00

Corpus.

6. In its Memorandum of Decision the habeas court concluded that "no non-frivolous claim exists with regard to the advisement of the petitioner of the possible immigration consequences of his guilty plea..." and that "after reviewing the entire file and reading the petitioner's memorandum, that the petitioner is unable to substantiate his claims."

7. At some subsequent date the habeas corpus court considered the petitioner's pro se application for waiver of fees, costs, expenses and the appointment of counsel for an appeal, and on October 1, 2004 the petitioner was found to be indigent, fees were waived and the Office of Chief Public Defender was appointed as counsel.

8. Notice of this court order was not sent until November 23, 2004. The office of the Chief Public Defender was unaware of any of these proceedings until it was notified of its appointment on November 24, 2004. The Petitioner's appeal is currently due on December 13, 2004.

9. The undersigned appointed appellate counsel represents that he is unable to proceed, if appropriate, with this appeal until and unless there is a reconsideration of certain following unconsidered matters.

   a. The apparent failure of the court to allow the Petitioner to be heard on the Motion to Withdraw.

   b. The court's sua sponte decision to also dismiss the instant petition without affording the petitioner the ability to be heard on the question of the dismissal of the petition.

10. Counsel maintains that the thrust of Motions to Withdraw as counsel made pursuant to Anders v. California, 386 U.S. 738 (1967), is to allow counsel to withdraw only.

Thereafter the Petitioner or criminal Defendant should be allowed to pursue their claims pro se. Because of the court's sua sponte decision to dismiss the petition at the same time that it ruled to allow the withdrawal of habeas trial counsel, this Petitioner was improperly denied his right to represent himself on his habeas corpus petition. Despite the provisions of §23-29 of the Practice Book and based on the instant facts, counsel maintains that the Petitioner should have here been allowed to be heard before this court dismissed the instant habeas corpus petition.[1]

WHEREFORE, the undersigned counsel, for the reasons indicated herein, requests that the court reconsider its Rulings made by Memorandum of Decision dated April 21, 2004.

Respectfully submitted,
YVES HENRY LORTHE

BY_____
MARTIN ZELDIS
JURIS NO. 401722
CHIEF PUBLIC DEFENDERS
2911 Dixwell Avenue, 4th Floor
Hamden Connecticut 06518
Tel. (203) 867-6150
Fax (203) 867-6157

---

[1] Counsel notes that he is filing this Request to Reconsider as well as the related Motion to Extend the time for filing the appeal without having spoken to the Petitioner. Counsel notes further that a copy both of this Request and the Motion to Extend the time for Filing the Appeal have been certified to the Petitioner. Finally, counsel notes that the reason this Request and the related Motion are being made at this time is because this court has now appointed this Office to represent the Petitioner in any Appellate proceedings related to the dismissal of the instant Habeas Corpus Petition. This appointment was made without any prior notice to the Appellate Office of the Public Defenders' Office. Undersigned counsel is uncertain about the propriety of this appointment and maintains therefore that his appearance for the Petitioner is limited to proceedings regarding the Request for Reconsideration and the Motion for an extension of time to file an appeal.

## ORDER

3/14/05 The foregoing motion having come to this court and having been heard is hereby GRANTED ~~DENIED~~. However, the relief sought is denied. (See Memorandum of Decision dated 3/14/05.) (Kaplan, J.)

By _____ (Court officer)
The Court

## CERTIFICATION

It is hereby certified that a copy of the foregoing was mailed this 1st day of December, 2004 to David Cohen, Juris No. 100415, Office of the State's Attorney, 123 Hoyt Street, Stamford, CT 06095, Tel. (203) 965-5215; and to the petitioner, Yves Henry Lorthe, #281693, MacDougall Correctional Institution, 1153 East Street South Suffield, CT 06078.

It is also certified that the petitioner's motion complies with all the provisions of Connecticut Practice Book §66-3.

_____
Martin Zeldis
Juris No. 401722
Chief Public Defender Office of Chief Public
2911 Dixwell Avenue 4th Floor
Hamden, CT 06518
Tele 203-867-6150
Fax  203-867-6157